CENTER FOR DISABILITY ACCESS
Raymond Ballister Jr., Esq., SBN 111282
Russell Handy, Esq., SBN 195058
Amanda Seabock, Esq., SBN 289900
Zachary Best, Esq., SBN 166035
Mail: 8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Orlando Garcia,**<br><br>    Plaintiff,<br><br>  v.<br><br>**Wilorna Enterprises, LLC,** a California Limited Liability Company;<br><br>    Defendant, | **Case:** 2:21-cv-02687-VAP-AFM<br><br>**Notice of Dropping Federal Cause of Action** |

Defendant has communicated to Plaintiff that it intends to file a motion to dismiss.  The Plaintiff does not agree with their analysis but believes that the Complaint can be strengthened by amendment.  Plaintiff has therefore:

1. Filed a First Amended Complaint.
2. Dropped the only federal cause of action, i.e., the cause of action under the Americans with Disabilities Act.

| | |
|---|---|
| 1 | Dated: April 29, 2021 |
| 2 | |

                            CENTER FOR DISABILITY ACCESS

                            By:   /s/ Russell Handy
                            Russell Handy
                            Attorney for Plaintiff

(Lines 3–28 blank)